No. 149, Misc. DUNCAN ET AL. v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *William E. Owen* for petitioners. *Solicitor General Perlman, Assistant Attorney General McInerney, Beatrice Rosenberg* and *Edward S. Szukelewicz* for the United States.

No. 150, Misc. LOUISIANA EX REL. WASHINGTON v. CLANCY, SHERIFF. Twenty-fourth Judicial District Court of the Parish of Jefferson, Louisiana, and/or Supreme Court of Louisiana. Certiorari denied. *James T. Wright* for petitioner. *Bolivar E. Kemp, Jr.*, Attorney General of Louisiana, *M. E. Culligan*, Assistant Attorney General, *Frank H. Langridge* and *John E. Fleury* for respondent.

No. 156, Misc. FOUQUETTE v. NEVADA. Supreme Court of Nevada. Certiorari denied. *Charles E. Catt* for petitioner. *W. T. Mathews*, Attorney General of Nevada, *Geo. P. Annand* and *Thomas A. Foley*, Deputy Attorneys General, and *Alan Bible* for respondent.

No. 189, Misc. POWERS v. MICHIGAN. Circuit Court for the County of Allegan, in the Twentieth Judicial Circuit, Michigan. Certiorari denied. *Leo W. Hoffman* for petitioner. *Frank G. Millard*, Attorney General of Michigan, *Edmund E. Shepherd*, Solicitor General, and *Daniel J. O'Hara*, Assistant Attorney General, for respondent.

No. 224, Misc. BUCKOWSKI v. CALIFORNIA. Supreme Court of California. Certiorari denied. *Morris Lavine* for petitioner. *Edmund G. Brown*, Attorney General of